# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
SUITE 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

\* ADMITTED IN NY, FLA., AND D.C.

May 6, 2025

**Via ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Broomes v. City of New York, et al.,*
22-CV-2807 (PKC)(MMH)

Dear Judge Henry:

On April 22, 2025, Plaintiffs moved to request two additional interrogatories and for an order compelling Defendants to answer Interrogatories 8 and 9 of Plaintiff's Second Set of Interrogatories. *See* Doc. 62. Defendants objected, by letter dated April 29, 2025. *See* Doc. 63. Below, Plaintiff address Defendants' objection, per the Court's authorization. *See* DE 05/05/2025.

Regarding Interrogatory 8, Defendants' counsel's quarrel with the *Monell* theory against the KCDA should be rejected because Judge Chen approved of said theory in denying Defendants' motion to dismiss, and in doing so noted, "Defendants do not appear to dispute that Plaintiff has adequately pled a constitutional violation or causation with respect to this *Monell* claim." *See* Doc. 50, D&O, at 28, n.14. To the extent Defendants argue that the "civil lawsuit information about settlements from 2000-2012 [is] publicly available for plaintiffs to search on their own", doing so would be overly burdensome. In any event, many if not most of the relevant cases likely were not the subject of published judicial opinions or could have been resolved without the filing of an action, as we recently did in a different § 1983 action.

Regarding Interrogatory 9, Defendants maintain the underlying information sought is grand jury material and disclosure without a court order "could be a crime." This response is curious because the underlying information was provided by Defendants in discovery. All Plaintiff wants to know is whether this information was conveyed to Plaintiff's defense counsel during the underlying proceedings.

Respectfully submitted,

Richard Levitt

cc: Adam Bevelacqua, Esq.